IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Jane Doe S.B. 1,

Plaintiff,

vs.

Apple Incorporated,

Defendant.

No. CV-26-05421-PHX-SPL

**ORDER**

Before the Court is Plaintiff's Amended and Unopposed Motion for Leave to Proceed Under Pseudonym (Doc. 13). Plaintiff brings claims of negligence, strict products liability, violation of the Arizona Consumer Fraud Act, A.R.S. § 44-1521, *et seq.*, and invasion of privacy. (Doc. 1; Doc. 13). The Complaint alleges that Plaintiff was repeatedly stalked using concealed tracking devices, including at least one Apple AirTag, resulting in severe psychological and emotional harm. (Doc. 13 at 2).

"Generally, a party proceeding anonymously runs afoul of the public's common law right of access to judicial proceedings, . . . and Rule 10(a)'s command that the title of every complaint include the names of all the parties." *Doe #1 v. Trump*, 785 F. Supp. 3d 575, 582 (D. Ariz. 2025) (internal quotation marks and citations omitted) (omission in original). In the Ninth Circuit, however, "a party may preserve his or her anonymity in judicial proceedings in special circumstances when the party's need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity." *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000). Courts

have routinely found that anonymity "to preserve privacy in a matter of sensitive and highly personal nature" is appropriate. *Id.* (citation omitted).

Upon consideration, and good cause appearing,

**IT IS ORDERED** that the Amended and Unopposed Motion for Leave to Proceed Under Pseudonym (Doc. 13) is **granted**. All filings to the Court shall refer to Plaintiff as "Plaintiff" or "Jane Doe, S.B. 1."

Dated this 27th day of August, 2026.

Honorable Steven P. Logan
United States District Judge